THE STATE OF IOWA, Appellee, v. MIKE RINK, Appellant.

Saloon Nuisance: JUDGMENT: AFFIRMANCE.

*Appeal from Jones District Court.*—HON. J. H. PRESTON, Judge.

TUESDAY, FEBRUARY 9, 1892.

THE defendant was indicted, tried and convicted of the crime of keeping a saloon nuisance, and appeals.—*Affirmed.*

KINNE, J.—This appeal is presented upon a transcript of the indictment and record entry of a trial by jury, and judgment. The transcript does not contain the evidence, or the instructions given by the court to the jury. We have carefully examined the record and find no error therein. The judgment of the district court is, therefore, AFFIRMED.